1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:17-cv-07251-FMO-E |
| 12  Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS TWEED FINANCIAL SERVICES, INC. AND ROBERT RUSSEL TWEED'S MOTION TO DISMISS OR TO STRIKE** |
| 13  vs. | |
| 14  TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED, | |
| 15 | |
| 16  Defendants. | **[Filed Concurrently with Notice of Motion and Motion to Dismiss and to Strike]** |
| 17 | Date:  February 1, 2018 |
| 18 | Time: 10:00 a.m. |
| 19 | Ctrm.: 6D |
| 20 | |

21          The motion of defendants Tweed Financial Services Inc. and Robert Russel

22    Tweed (collectively "Tweed") to dismiss the Complaint (the "Complaint") of

23    plaintiff Securities and Exchange Commission ("Plaintiff") pursuant to Rule

24    12(b)(6), Fed. R. Civ. P., or in the alternative to strike the Section III of the Prayer

25    for Relief for civil penalties pursuant to Rule 12(f), Fed. R. Civ. P. came on regularly

26    for hearing on February 1, 2018 before this Court.

27

28

GARTENBERG GELFAND HAYTON LLP
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

Having reviewed the briefs and papers on file herein, and upon having heard the oral argument of the parties, Tweed's Motion to dismiss the Complaint is hereby GRANTED without leave to amend and the Plaintiff's Complaint against Tweed is hereby dismissed with prejudice.

OR

Having reviewed the briefs and papers on file herein, and upon having heard the oral argument of the parties, Tweed's Motion to dismiss the Complaint is DENIED but Tweed's alternative motion to strike is hereby GRANTED and Section III of the Prayer for Relief for civil penalties is hereby STRICKEN.

**IT IS SO ORDERED**.

Dated: _____                    _____

The Honorable Fernando M. Olguin
United States District Judge

[PROPOSED] ORDER