Edward Gartenberg (State Bar No. 102693)
Milena Dolukhanyan (State Bar No. 303157)
GARTENBERG GELFAND HAYTON LLP
15260 Ventura Boulevard, Suite 1920
Sherman Oaks, California 91403
Telephone: (213) 542-2100
Facsimile: (213) 542-2101
egartenberg@gghslaw.com
mdolukhanyan@gghslaw.com

Attorneys for Defendants
TWEED FINANCIAL SERVICES,
INC. and ROBERT RUSSEL
TWEED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED,<br><br>Defendants. | Case No.: 2:17-cv-07251-FMO-E<br><br>**DECLARATION OF EDWARD GARTENBERG IN SUPPORT OF DEFENDANTS TWEED FINANCIAL SERVICES, INC. AND ROBERT RUSSEL TWEED'S NOTICE OF MOTIONS AND MOTIONS TO DISMISS AND TO STRIKE**<br><br>[Filed Concurrently Notice of Motion and Motion to Dismiss and to Strike, Declaration of Milena Dolukhanyan and Proposed Order]<br><br>Date:  February 22, 2018<br>Time: 10:00 a.m.<br>Ctrm.: 6D |

I, Edward Gartenberg, hereby declare as follows:

1. I am an attorney at law licensed to practice law in the State of California and I am a partner at the law firm of Gartenberg Gelfand Hayton LLP, attorneys of record for Defendants, Tweed Financial Services, Inc. and Robert Russel Tweed (the "Tweed Defendants"). I have personal knowledge of the facts set forth herein, except

1

**DECLARATION OF EDWARD GARTENBERG**

those stated upon information and belief, and if called as a witness, could and would testify competently under oath to the facts stated herein.

2. I make this declaration in support of Tweed Defendants' Motion to dismiss the entire complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P., or in the alternative to strike the Section III of the Prayer for Relief for civil penalties pursuant to Rule 12(f), Fed. R. Civ. P. (the "Motion").

3. On or about December 27, 2017, pursuant to Local Rule 7-3, I sent an email to Lynn M. Dean, counsel for Plaintiff Securities and Exchange Commission, setting forth the grounds for the Motion. The grounds for the Motion are the statute of limitations based upon 28 USC § 2462 and case law. With respect to the motion to strike, the claim for penalties is time-barred pursuant 28 USC § 2462. I further advised counsel that, in the alternative, Tweed Defendants will seek a stay based upon the pending FINRA matter.

4. Following the email, I met and conferred telephonically with Ms. Dean. Ms. Dean subsequently responded to my email that we had already met and conferred and understood the basis for my clients' motions. Ms. Dean did not believe that the conduct pled or the remedies sought are time-barred, nor did she believe that the FINRA arbitration is a sufficient basis for a stay. The parties were unable to reach an agreement. A true and correct copy of the email correspondence is attached hereto as Exhibit A.

5. On or about January 4, 2018, I caused my office to file the Motion [Doc. No. 17]. The Motion had inadvertently left out the fact of my meet and confer communication with Ms. Dean pursuant to Local Rule 7-3.

6. On January 17, 2018, the Honorable Fernando M. Olguin issued an order denying the Motion without prejudice for failure to comply with Local Rule 7-3. [Doc. 22]. The Court further ordered for counsel to meet and confer in the event Tweed Defendants with to file another motion to dismiss.

**DECLARATION OF EDWARD GARTENBERG**

7. Although I had already met and conferred with Ms. Dean in compliance with Local Rule 7-3, I am informed and believe that on January 17, 2018, my associate, Milena Dolukhanyan, conferred with Ms. Dean again with respect to the Motion. I am informed and believe that Ms. Dean's initial position with respect to the Motion has not changed.

8. I believe we have sufficiently met and conferred with counsel for Plaintiff in compliance with Local Rule 7-3.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 25, 2018, at Sherman Oaks, California.

*/s/ Edward Gartenberg*
Edward Gartenberg