# Suguey Melara

| | |
|---|---|
| **From:** | Edward Gartenberg |
| **Sent:** | Wednesday, December 27, 2017 8:37 AM |
| **To:** | Dean, Lynn M.; Duong, DoHoang T. |
| **Cc:** | Milena Dolukhanyan |
| **Subject:** | SEC v. Tweed Financial Services, Inc. (Civil Action No. 17-7251 (C.D. Cal.)) |

Good morning. I am writing pursuant to L.R. 7-3 (Conference of Counsel Prior to Filing a Motion).  On behalf of  Tweed Financial Services, Inc. and Robert Russel Tweed we intend to move to strike, to dismiss or in the alternative to stay the action.   The grounds for the motion to dismiss the entire complaint will be the statute of limitations based upon 28 USC 2462 and case law.  With respect to the motion to strike,  we intend to argue to, that at a minimum, the claim for penalties is time-barred pursuant to 28 USC 2462.   We intend to seek a stay in the alternative based upon the pending FINRA matter.    I will be happy to meet and confer with you by telephone concerning this later today, or if today is inconvenient, tomorrow.   Thank you.

Regards,
Ed

Edward Gartenberg
Gartenberg Gelfand Hayton LLP
15260 Ventura Boulevard, Suite 1920
Sherman Oaks, California 91403
Direct Dial: (213) 542-2111
Main Line (213) 542-2100
Fax: (213) 542-2101
Email: egartenberg@gghslaw.com

****************************************************************
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.
If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. In addition, to ensure compliance with the recent revisions to Circular 230 published by the Internal Revenue Service, Gartenberg Gelfand Hayton LLP informs you that if any advice concerning any Federal tax issue is contained in this communication, such advice is not intended to, and cannot be used for, any purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party, any transaction or matter unless expressly authorized within this communication. Please refer to Circular 230 (available at http://www.irs.gov/) for more information regarding this requirement.
Thank you.
Gartenberg Gelfand Hayton LLP