Edward Gartenberg (State Bar No. 102693)
Milena Dolukhanyan (State Bar No. 303157)
GARTENBERG GELFAND HAYTON LLP
15260 Ventura Boulevard, Suite 1920
Sherman Oaks, California 91403
Telephone: (213) 542-2100
Facsimile: (213) 542-2101
egartenberg@gghslaw.com
mdolukhanyan@gghslaw.com

Attorneys for Defendants
TWEED FINANCIAL SERVICES,
INC. and ROBERT RUSSEL
TWEED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED,<br><br>Defendants. | Case No.: 2:17-cv-07251-FMO-E<br><br>**DECLARATION OF MILENA DOLUKHANYAN IN SUPPORT OF DEFENDANTS TWEED FINANCIAL SERVICES, INC. AND ROBERT RUSSEL TWEED'S NOTICE OF MOTIONS AND MOTIONS TO DISMISS AND TO STRIKE**<br><br>**[Filed Concurrently with Notice of Motion and Motion to Dismiss and to Strike, Declaration of Edward Gartenberg and Proposed Order]**<br><br>Date: February 22, 2018<br>Time: 10:00 a.m.<br>Ctrm.: 6D |
|---|---|

I, Milena Dolukhanyan, hereby declare as follows:

1. I am an attorney at law licensed to practice law in the State of California and I an associate at the law firm of Gartenberg Gelfand Hayton LLP, attorneys of record for Defendants, Tweed Financial Services, Inc. and Robert Russel Tweed (the "Tweed Defendants"). I have personal knowledge of the facts set forth herein, except

1
**DECLARATION OF MILENA DOLUKHANYAN**

those stated upon information and belief, and if called as a witness, could and would testify competently under oath to the facts stated herein.

2. I make this declaration in support of Tweed Defendants' Motion to dismiss the entire complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P., or in the alternative to strike the Section III of the Prayer for Relief for civil penalties pursuant to Rule 12(f), Fed. R. Civ. P. (the "Motion").

3. On January 17, 2018, following the Court's order [Docket No. 22], I met and conferred with Lynn Dean, counsel for Plaintiff Securities and Exchange Commission. Ms. Dean advised me that her position with respect to the Motion had not changed.

4. Following our telephonic meet and confer, I exchanged an email confirmation with Ms. Dean with respect to the satisfaction of the meet and confer requirement. A true and correct copy of the email correspondence is attached hereto as Exhibit A.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 25, 2018, at Sherman Oaks, California.

                                            */s/ Milena Dolukhanyan*  
                                            Milena Dolukhanyan

**DECLARATION OF MILENA DOLUKHANYAN**