**Suguey Melara**

| | |
|---|---|
| **From:** | Dean, Lynn M. <DeanL@sec.gov> |
| **Sent:** | Wednesday, January 17, 2018 2:17 PM |
| **To:** | Milena Dolukhanyan |
| **Cc:** | Edward Gartenberg |
| **Subject:** | Re: SEC v. Tweed |

You have correctly summarized events.  I have checked my calendar, and am available for a hearing on either the 15th or the 22nd.

Thank you.

On Jan 17, 2018, at 1:45 PM, Milena Dolukhanyan <mdolukhanyan@gghslaw.com> wrote:

> Lynn,
>
> This is to confirm that although you and Ed had already met and conferred prior to us filing the motion to dismiss on January 4, 2018, following the Court's order, you and I met and conferred again today. It is my understanding that your position has not changed. Please advise if this does not comport with your understanding.
>
> Thank you,
>
> Milena Dolukhanyan
> Attorney at Law
>
> **Gartenberg Gelfand Hayton LLP**
> 15260 Ventura Blvd., Suite 1920
> Sherman Oaks, California 91403
> Telephone:  (213) 542-2100
> Direct Dial:  (213) 542-2107
> Facsimile:  (213) 542-2101
> E-mail:  mdolukhanyan@gghslaw.com
> Website:  http://www.gghslaw.com
> ****************************************************************
> THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.
>
> If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. In addition, to ensure compliance with the recent revisions to Circular 230 published by the Internal Revenue Service, Gartenberg Gelfand Hayton LLP informs you that if any advice concerning any Federal tax issue is contained in this communication, such advice is not intended to, and cannot be used for, any purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party, any transaction or matter unless expressly authorized within this communication. Please refer to Circular 230 (available at http://www.irs.gov/) for more information regarding this requirement.
> Thank you.