Edward Gartenberg (State Bar No. 102693)
Milena Dolukhanyan (State Bar No. 303157)
GARTENBERG GELFAND HAYTON LLP
15260 Ventura Boulevard, Suite 1920
Sherman Oaks, California 91403
Telephone: (213) 542-2100
Facsimile: (213) 542-2101
egartenberg@gghslaw.com
mdolukhanyan@gghslaw.com

Attorneys for Defendants
TWEED FINANCIAL SERVICES,
INC. and ROBERT RUSSEL
TWEED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-07251-FMO-E<br><br>**DECLARATION OF EDWARD GARTENBERG IN SUPPORT OF DEFENDANTS TWEED FINANCIAL SERVICES, INC. AND ROBERT RUSSEL TWEED'S NOTICE OF MOTIONS AND MOTIONS TO DISMISS AND TO STRIKE FIRST AMENDED COMPLAINT**<br><br>[Filed Concurrently Notice of Motion and Motion to Dismiss and to Strike First Amended Complaint and Proposed Order]<br><br>Date: July 19, 2018<br>Time: 10:00 a.m.<br>Ctrm.: 6D |

I, Edward Gartenberg, hereby declare as follows:

1. I am an attorney at law licensed to practice law in the State of California and I am a partner at the law firm of Gartenberg Gelfand Hayton LLP, attorneys of record for Defendants, Tweed Financial Services, Inc. and Robert Russel Tweed (the "Tweed Defendants"). I have personal knowledge of the facts set forth herein, except

those stated upon information and belief, and if called as a witness, could and would testify competently under oath to the facts stated herein.

2. I make this declaration in support of Tweed Defendants' Motion to Dismiss the First Amended Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P., or in the alternative to strike the Section III of the Prayer for Relief for civil penalties pursuant to Rule 12(f), Fed. R. Civ. P. (the "Motion").

3. On June 6, 2018, pursuant to Local Rule 7-3, I caused a letter to be sent by email to Lynn M. Dean, counsel for Plaintiff Securities and Exchange Commission, setting forth the grounds for the Motion. The grounds for the Motion are the statute of limitations based upon 28 USC § 2462 and case law. With respect to the motion to strike, the claim for penalties is time-barred pursuant 28 USC § 2462. A true and correct copy of the June 6th letter is attached hereto as Exhibit A which is incorporated herein by reference.

4. Following the email, I met and conferred in person with Ms. Dean at my offices together with attorney Milena Dolukhanyan of my firm to discuss the Motion which I proposed to file. All of the foregoing counsel met and conferred in good faith pursuant to Local Rule 7-3 for approximately one-half hour. The positions I took during that meet and confer meeting are generally set forth in my June 6th letter referenced above. The positions Ms. Dean took were generally those set forth in her June 7th letter referenced below. Counsel engaged in discussion in good faith to understand each other's position, but were unable to resolve their disagreements concerning the proposed motion.

5. On June 7, 2018, pursuant to Local Rule 7-3, Ms. Dean caused a letter to be sent to me by email setting forth a response to my June 6th meet and confer letter referenced above. A true and correct copy of that letter is attached hereto as Exhibit B which is incorporated herein by reference.

6. I believe we have sufficiently met and conferred with counsel for Plaintiff in compliance with Local Rule 7-3 and with the Court's Order of May 14, 2018.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2018, at Sherman Oaks, California.

*/s/ Edward Gartenberg*
Edward Gartenberg