UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED,<br><br>Defendants. | Case No.: 2:17-cv-07251-FMO-E<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TWEED FINANCIAL SERVICES, INC. AND ROBERT RUSSEL TWEED'S MOTION TO DISMISS OR TO STRIKE THE FIRST AMENDED COMPLAINT**<br><br>**[Filed Concurrently with Notice of Motion and Motion to Dismiss and to Strike and Declaration of Edward Gartenberg]**<br><br>Date:  July 19, 2018<br>Time:  10:00 a.m.<br>Ctrm.:  6D |

The motion of defendants Tweed Financial Services Inc. and Robert Russel Tweed (collectively "Tweed") to dismiss the First Amended Complaint (the "FAC") of plaintiff Securities and Exchange Commission ("Plaintiff") pursuant to Rule 12(b)(6), Fed. R. Civ. P., or in the alternative to strike the Section III of the Prayer for Relief for civil penalties pursuant to Rule 12(f), Fed. R. Civ. P. came on regularly for hearing on February 1, 2018 before this Court.

Having reviewed the briefs and papers on file herein, and upon having heard the oral argument of the parties, Tweed's Motion to dismiss the FAC is hereby GRANTED without leave to amend and the Plaintiff's FAC against Tweed is hereby dismissed with prejudice.

[OR

Having reviewed the briefs and papers on file herein, and upon having heard the oral argument of the parties, Tweed's Motion to dismiss the FAC is DENIED but Tweed's alternative motion to strike is hereby GRANTED and Section III of the Prayer for Relief for civil penalties in the FAC is hereby STRICKEN.]

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Fernando M. Olguin
United States District Judge