LYNN M. DEAN (Cal. Bar No. 205562)
Email: deanl@sec.gov
DoHOANG T. DUONG (Cal. Bar No. 219127)
Email: duongdo@sec.gov

*Attorneys for Plaintiff*
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Edward Gartenberg, Esq. (Cal. Bar. No. 102693)
Milena Dolukhanyan (Cal. Bar No. 303157)
Gartenberg, Gelfand, Hayton LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
Tel: (213) 542-2111
Fax: (213) 542-2101
Email: egarternberg@ggslaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED,<br><br>  Defendants. | Case No. 2:17-cv-07251-FMO-E<br><br>**JOINT REPORT REGARDING MEDIATION** |

Pursuant to the Court's February 2, 2018 Order, the Securities and Exchange Commission ("SEC"), Defendants Tweed Financial Services, Inc. ("TFSI") and Robert Russel Tweed ("Tweed") (collectively, the "Parties"), attended a mediation before private neutral Denise Madigan on July 26, 2018.  The Parties were unable to resolve the matter at that mediation, but have agreed to reserve additional time before Ms. Madigan at a future date.

Dated:  August 3, 2018              Respectfully submitted,

*/s/ Lynn M. Dean*
Lynn M. Dean
DoHoang T. Duong
Counsel for Plaintiff
Securities and Exchange Commission

Dated:  August 3, 2018              */s/ Edward Gartenberg*
Edward Gartenberg
Milena Dolukhanyan
Gartenberg Gelfand Hayton LLP
Attorneys for Defendants
Robert Russel Tweed and Tweed
Financial Services, Inc.

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On August 3, 2018, I caused to be served the document entitled **JOINT REPORT REGARDING MEDIATION** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 3, 2018             */s/ Lynn M. Dean*
                                  Lynn M. Dean

JOINT STIPULATION             1             2:17-cv-07251-FMO-E

*SEC v. Tweed Financial Services, Inc., et al.*

**United States District Court—Central District of California**
**Case No. 2:17-cv-07251-FMO-E**

## SERVICE LIST

Edward Gartenberg, Esq. *(via ECF only)*
Gartenberg, Gelfand, Hayton LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
Tel: (213) 542-2111
Fax: (213) 542-2101
Email: egarternberg@ggslaw.com
*Attorneys for Defendants*