LYNN M. DEAN (Cal. Bar No. 205562)
Email:  deanl@sec.gov
DoHOANG T. DUONG (Cal. Bar No. 219127)
Email:  duongdo@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California  90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>         Plaintiff, <br><br>   vs. <br><br> TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED, <br><br>        Defendants. | Case No. 2:17-cv-07251-FMO-E <br><br> **JOINT STIPULATION FOR CONTINUANCE IN LIGHT OF PARTIAL GOVERNMENT SHUTDOWN** |

The Securities and Exchange Commission ("SEC"), Defendants Tweed Financial Services, Inc. ("TFSI") and Robert Russel Tweed ("Tweed") (collectively, "Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

WHEREAS, on October 22, 2018, the Court entered a revised scheduling order with discovery and other deadlines, including a deadline for expert witness disclosures of January 18, 2019 (the "Scheduling Order").  Dkt. No. 41.

WHEREAS, due to a lapse in appropriations, the Securities and Exchange Commission ("SEC") shut down operations as of December 27, 2018.  Most personnel have been furloughed and are prohibited from working, except in very limited circumstances.

NOW THEREFORE, the Parties respectfully request that all deadlines in the Scheduling Order that have not occurred as of the date of this Stipulation be continued by the number of days that the SEC is shut down, plus thirty (30) additional days to accommodate the orderly remobilization of the SEC staff and the resumption of agency operations.

Dated: January 10, 2019          Respectfully submitted,

                                 */s/ Lynn M. Dean*
                                 Lynn M. Dean
                                 DoHoang T. Duong
                                 Counsel for Plaintiff
                                 Securities and Exchange Commission

Dated: January 10, 2019          */s/ Edward Gartenberg*
                                 Edward Gartenberg
                                 Milena Dolukhanyan
                                 Gartenberg Gelfand Hayton LLP
                                 Attorneys for Defendants
                                 Robert Russel Tweed and Tweed
                                 Financial Services, Inc.

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 10, 2019, I caused to be served the document entitled **JOINT STIPULATION FOR CONTINUANCE IN LIGHT OF PARTIAL GOVERNMENT SHUTDOWN** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  January 10, 2019            */s/ Lynn M. Dean*
                                   Lynn M. Dean

1

***SEC v. Tweed Financial Services, Inc., et al.***

**United States District Court—Central District of California**
**Case No. 2:17-cv-07251-FMO-E**

## SERVICE LIST

Edward Gartenberg, Esq. ***(via ECF only)***
Gartenberg, Gelfand, Hayton LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
Tel: (213) 542-2111
Fax: (213) 542-2101
Email: egarternberg@ggslaw.com
*Attorneys for Defendants*