UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED,<br><br>  Defendants. | Case No.: 2:17-cv-07251-FMO-E<br><br>**ORDER RE: JOINT STIPULATION [48] TO CONTINUE EXPERT DISCOVERY AND MOTION RELATED DEADLINES** |

Upon review and consideration of the Stipulation submitted by plaintiff Securities and Exchange Commission ("Plaintiff"), by and through its attorneys of record Lynn M. Dean and DoHoang T. Duong and defendants Tweed Financial Services, Inc. and Robert Russel Tweed ("Defendants"), by and through their attorneys of record, the Court hereby grants the Joint Stipulation based on the good cause shown by the parties:

**IT IS HEREBY ORDERED THAT:**

1) The date by which expert discovery shall be completed is hereby continued from May 20, 2019 to June 14, 2019; and

2) The last date by which the Parties may file motions for summary judgment or any other dispositive motion is hereby continued from June 24, 2019 to July 19, 2019.

The proposed revised dates shall not affect the scheduled trial date.

IT IS SO ORDERED.

Dated:  May 10, 2019              _____/s/_____
                                  Honorable Fernando M. Olguin
                                  United States District Judge