LYNN M. DEAN (Cal. Bar No. 205562)
Email: deanl@sec.gov
KATHRYN WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED,<br><br>Defendants. | Case No. 2:17-cv-07251-FMO-E<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S WITNESS LIST PURSUANT TO COURT ORDER AND LOCAL RULE 16-5**<br><br>Final Pretrial Conference: November 8, 2019<br><br>Judge: Honorable Fernando M. Olguin<br>Ctrm: 6D |

Pursuant to this Court's February 2, 2018 Order and Local Rule 16-5, Plaintiff Securities and Exchange Commission hereby submits its trial witness list.

| Witnesses | Potential subjects of information | Estimated time at trial |
|---|---|---|
| Graham Bruwer ▓▓▓ | Information relevant to the SEC's allegations, including, but not limited to, his investment in the Athenian Fund and communications with Rusty Tweed and others at Tweed Financial Services, Inc.<br><br>Athenian Fund Investor | Direct: 3 hours<br><br>Cross: 1.5 hours |
| *Timothy Bigelow ▓▓▓ | Information relevant to the SEC's allegations, including, but not limited to, the financial condition of the Athenian Fund and its investments and communications with Robert Russel Tweed and investors.<br><br>Former Tweed Financial Services, Inc. Employee | Direct: 1 hour<br><br>Cross: 1 hour |
| Loyal Boyd Cook ▓▓▓ | Information relevant to the SEC's allegations, including, but not limited to the financial condition of the Athenian Fund and its investments. | Direct: 3 hours<br><br>Cross: 1.5 hours |
| Edward S. Gabriel, Jr. ▓▓▓ | Information relevant to the SEC's allegations, including, but not limited to the financial condition of the Athenian Fund and its investments. | Direct: 1.5 hours<br><br>Cross: 1 hour |

| Witnesses | Potential subjects of information | Estimated time at trial |
|---|---|---|
| Kimberlee E. Levy | Information relevant to the SEC's allegations, including, but not limited to, communications with Robert Russel Tweed and other Tweed Financial Services, Inc. employees and investors, and the financial condition of the Athenian Fund.<br><br>Concorde Investment Services, LLC and Concorde Asset Management, LLC CCO and GC | Direct: 2 hours<br><br>Cross: 1 hour |
| Michael Mauerer | Information relevant to the SEC's allegations, including, but not limited to, communications with Robert Russel Tweed and other Tweed Financial Services, Inc. employees.<br><br>Former Principal of Teamwork Retail | Direct: 2 hours<br><br>Cross: 1 hour |
| Eric Richardson | Information relevant to the SEC's allegations, including, but not limited to, communications with Robert Russel Tweed and other Tweed Financial Services, Inc. employees.<br><br>Former Principal of Quantitative Analytics Master Fund | Direct: 2.5 hours<br><br>Cross: 1.5 hours |

| Witnesses | Potential subjects of information | Estimated time at trial |
|---|---|---|
| Lyn Munro | Information relevant to the SEC's allegations, including, but not limited to, her investment in the Athenian Fund and communications with Rusty Tweed and others at Tweed Financial Services, Inc.<br><br>Athenian Fund Investor | Direct: 1 hour<br><br>Cross: 30 minutes |
| Robert Russel Tweed | Information relevant to the SEC's allegations, including, but not limited to, the financial condition of the Athenian Fund and its investments and communications with investors.<br><br>Owner of Tweed Financial Services, Inc. | Direct: 5 hours<br><br>Cross: 3 hours |
| *Mark Andrew Wiacek | Information relevant to the SEC's allegations, including, but not limited to, the financial condition of the Athenian Fund and its investments and communications with Robert Russel Tweed and investors.<br><br>Former Tweed Financial Services, Inc. Employee | Direct: 1 hour<br><br>Cross: 1 hour |

| Witnesses | Potential subjects of information | Estimated time at trial |
|---|---|---|
| *Chad Willis | Information relevant to the SEC's allegations, including, but not limited to, his investment in the Athenian Fund and communications with Rusty Tweed and others at Tweed Financial Services, Inc.<br><br>Athenian Fund Investor | Direct: 1.5 hours<br><br>Cross: 30 minutes |
| SEC Summary Accounting Witness | Analysis and quantification of Redemptions from the Athenian Fund | Direct: 1.0 hours<br><br>Cross: 30 minutes |
| Expert Witness Christianna Wood | Standard of Care for Investment Advisers;<br>Scope of Fiduciary Duty;<br>Analysis of actions taken by Tweed | Direct: 5 hours<br><br>Cross: 3 hours |

The foregoing comprise the witnesses the Commission currently anticipates calling in its case-in-chief. The Commission reserves the right to present testimony from any witnesses identified on the Defendants' witness list or witnesses whose testimony is presented solely for purposes of impeachment or rebuttal.

Dated: October 18, 2019

/s/ Lynn M. Dean
Lynn M. Dean
Kathryn Wanner
Counsel for Plaintiff
Securities Exchange Commission

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On October 18, 2019, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S WITNESS LIST PURSUANT TO LOCAL RULE AND COURT ORDER** on all the parties to this action addressed as stated on the attached service list:

☐   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐   **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: October 18, 2019                   */s/ Lynn M. Dean*
                                                Lynn M. Dean

*SEC v. Tweed Financial Services, Inc., et al.*

**United States District Court—Central District of California**
**Case No. 2:17-cv-07251-FMO-E**

### SERVICE LIST

Edward Gartenberg, Esq. ***(ECF)***
Gartenberg, Gelfand, Hayton LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
Tel: (213) 542-2111
Fax: (213) 542-2101
Email: egarternberg@ggslaw.com
*Attorneys for Defendants*