Edward Gartenberg (State Bar No. 102693)
Milena Dolukhanyan (State Bar No. 303157)
GARTENBERG GELFAND HAYTON LLP
15260 Ventura Boulevard, Suite 1920
Sherman Oaks, California 91403
Telephone: (213) 542-2100
Facsimile: (213) 542-2101
egartenberg@gghslaw.com
mdolukhanyan@gghslaw.com

Attorneys for Defendants
TWEED FINANCIAL SERVICES,
INC. and ROBERT RUSSEL
TWEED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>    vs.<br><br>TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED,<br><br>           Defendants. | Case No.: 2:17-cv-07251-FMO-E<br><br>**DEFENDANTS TWEED FINANCIAL SERVICES, INC. AND ROBERT RUSSEL TWEED'S WITNESS LIST PURSUANT TO COURT ORDER AND LOCAL RULE 16-5**<br><br>Final Pretrial Conf.: Nov. 8, 2019<br>Time:     10:00 a.m.<br>Ctrm:     6D<br>Judge:    Hon. Fernando M. Olguin |

Pursuant to this Court's February 2, 2018 Order and Local Rule 1605, Defendants Tweed Financial Services, Inc. and Robert Russel Tweed hereby submit their trial witness list.

1

| Witness | Potential Subject of Information | Estimated time at trial |
|---|---|---|
| Robert Russel Tweed<br>c/o Edward Gartenberg, Esq.<br>Gartenberg Gelfand Hayton, LLP<br>15260 Ventura Blvd., Suite 1920<br>Sherman Oaks, CA 91403<br>(213) 542-2100 | Information relevant to the SEC's allegations, including but not limited to, the financial condition of the Athenian Fund and its investments and communications with investors.<br><br>Owner of Tweed Financial Services, Inc. | Direct: 5 hours<br>Cross: 5 hours |
| Expert Witness:<br>Bernerd Young<br>MGL Consulting, LLC<br>270 Technology Forest PL, Ste. 100 A<br>The Woodlands, TX 77381<br>(281) 367-0380 | Analysis of actions taken by and required of Tweed | Direct: 5 hours<br>Cross: 3 hours |

The foregoing comprise the witnesses the Defendants currently anticipate calling in their case-in-chief. The Defendants reserve the right to present testimony from any witnesses identified on the Plaintiff's witness list or witnesses whose testimony is presented for purposes of impeachment and/or rebuttal.

Dated: October 18, 2019            Respectfully submitted,

                          GARTENBERG GELFAND HAYTON LLP

                          By: *Edward Gartenberg*
                              Edward Gartenberg
                              Milena Dolukhanyan
                              Attorneys for Defendants
                              Tweed Financial Services, Inc. and
                              Robert Russel Tweed

GARTENBERG GELFAND HAYTON LLP
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS