Edward Gartenberg (State Bar No. 102693)
Milena Dolukhanyan (State Bar No. 303157)
GARTENBERG GELFAND HAYTON LLP
15260 Ventura Boulevard, Suite 1920
Sherman Oaks, California 91403
Telephone: (213) 542-2100
Facsimile: (213) 542-2101
egartenberg@gghslaw.com
mdolukhanyan@gghslaw.com

Attorneys for Defendants
TWEED FINANCIAL SERVICES,
INC. and ROBERT RUSSEL
TWEED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED,<br><br>　　　　Defendants. | Case No.: 2:17-cv-07251-FMO-E<br><br>**DEFENDANTS TWEED FINANCIAL SERVICES, INC. AND ROBERT RUSSEL TWEED'S REPLY IN SUPPORT OF MOTION IN LIMINE NO. 3 TO PRECLUDE ANY ARGUMENT OR EVIDENCE THAT DEFENDANTS VIOLATED THE LAW IN CONNECTION WITH THE INVESTMENTS AS ISSUE PRIOR TO OCTOBER 2012**<br><br>Trial Date:  November 26, 2019<br>Pretrial Conference Date/Motion in Limine Hearing Date: November 8, 2019<br>Time:　　10:00 a.m.<br>Ctrm:　　6D<br>Judge:　　Hon. Fernando M. Olguin |

The SEC apparently seeks to introduce claims of alleged pre-October 2012 improper conduct to the jury. To the extent any pre-October 2012 events are relevant, they are the subject of agreed facts set forth in the Pre-Trial Conference Order.

If the SEC intends to argue about the Defendants' pre-October 2012 conduct, this will create a trial within a trial. If so, the trial estimate may be expanded by at least one week. Also, by doing so, the SEC will have effectively conceded the issues raised on the Motion to Dismiss that the five year period imposed by 18 U.S.C. §2462 been exceeded.

Dated: October 25, 2019           Respectfully submitted,

                                          GARTENBERG GELFAND HAYTON LLP

                                          By: */s/ Edward Gartenberg*
                                                Edward Gartenberg
                                                Milena Dolukhanyan
                                                Attorneys for Defendants
                                                Tweed Financial Services, Inc. and
                                                Robert Russel Tweed

**DEFENDANTS' REPLY IN SUPPORT OF TWEED FINANCIAL SERVICES, INC. AND ROBERT RUSSEL TWEED'S MOTION IN LIMINE NO. 3**