1  Edward Gartenberg (State Bar No. 102693)
2  Milena Dolukhanyan (State Bar No. 303157)
   GARTENBERG GELFAND HAYTON LLP
3  15260 Ventura Boulevard, Suite 1920
4  Sherman Oaks, California 91403
   Telephone: (213) 542-2100
5  Facsimile: (213) 542-2101
6  egartenberg@gghslaw.com
   mdolukhanyan@gghslaw.com
7

8  Attorneys for Defendants
   TWEED FINANCIAL SERVICES,
9  INC. and ROBERT RUSSEL
   TWEED

GARTENBERG GELFAND HAYTON LLP
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

10                UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

13  SECURITIES AND EXCHANGE            Case No.: 2:17-cv-07251-FMO-E
    COMMISSION,
14                                     **DEFENDANTS TWEED**
15          Plaintiff,                 **FINANCIAL SERVICES, INC. AND**
                                       **ROBERT RUSSEL TWEED'S**
16      vs.                            **REPLY IN SUPPORT OF MOTION**
                                       **IN LIMINE NO. 4 TO PRECLUDE**
17                                     **ANY ARGUMENT OR EVIDENCE**
    TWEED FINANCIAL SERVICES, INC.     **THAT DEFENDANTS FAILED TO**
18  and ROBERT RUSSEL TWEED,           **PERFORM DUE DILIGENCE**
19          Defendants.
                                       Trial Date: November 26, 2019
20                                     Pretrial Conference Date/Motion in
21                                     Limine Hearing Date: November 8,
                                                             2019
22                                     Time:      10:00 a.m.
23                                     Ctrm:      6D
                                       Judge:     Hon. Fernando M. Olguin
24

25

26

27

28        The SEC seeks to try a case it has not pled.   The SEC's argument that its

**DEFENDANTS' REPLY IN SUPPORT OF TWEED FINANCIAL SERVICES, INC. AND ROBERT**
**RUSSEL TWEED'S MOTION IN LIMINE NO. 4**

expert would like to opine on due diligence does not permit a change in theory.  It only underscores the need to strike the expert as requested in Motion in Limine No. 5 or, at a minimum, to strictly limit the scope of her proposed testimony.

Dated: October 25, 2019          Respectfully submitted,

GARTENBERG GELFAND HAYTON LLP

By: _/s/ Edward Gartenberg___ _____
Edward Gartenberg
Milena Dolukhanyan
Attorneys for Defendants
Tweed Financial Services, Inc. and
Robert Russel Tweed

**DEFENDANTS' REPLY IN SUPPORT OF TWEED FINANCIAL SERVICES, INC. AND ROBERT RUSSEL TWEED'S MOTION IN LIMINE NO. 4**

GARTENBERG GELFAND HAYTON LLP
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS