LYNN M. DEAN (Cal. Bar No. 205562)
Email: deanl@sec.gov
KATHRYN C. WANNER (Cal Bar. No. 269310)
Email: wannerk@sec.gov

*Attorneys for Plaintiff*
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Edward Gartenberg, Esq. (Cal. Bar. No. 102693)
Milena Dolukhanyan (Cal. Bar No. 303157)
Gartenberg, Gelfand, Hayton LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
Tel: (213) 542-2111
Fax: (213) 542-2101
Email: egarternberg@ggslaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:17-cv-07251-FMO-E |
| Plaintiff, | **JOINT STATUS REPORT REGARDING SETTLEMENT** |
| vs. | |
| TWEED FINANCIAL SERVICES, INC. and ROBERT RUSSEL TWEED, | |
| Defendants. | |

1    The Securities and Exchange Commission ("SEC") and Defendants Robert
2    Russel Tweed and Tweed Financial Services, Inc. have agreed to a settlement in
3    principle of this action.  Only the SEC Commissioners in Washington, D.C. have the
4    final authority to approve a settlement on behalf of the SEC, and SEC counsel has
5    begun the process of obtaining final settlement approval and authorization from the
6    SEC Commissioners.  The executed Consents and Proposed Judgments as to all
7    Defendants will be filed as soon SEC counsel receives authorization to do so.
8    Given the settlement in principle, the parties respectfully request that the
9    Court defer any action on the SEC's pending motion for summary
10   judgment/summary adjudication.

11

12   Dated:  January 16, 2020                Respectfully submitted,

13                                           _/s/ Lynn M. Dean_____
14                                           Lynn M. Dean
15                                           Kathryn C. Wanner
                                             Counsel for Plaintiff
16                                           Securities and Exchange Commission

17   Dated:  January 16, 2020               _/s/ Edward Gartenberg_____
18                                           Edward Gartenberg
                                             Milena Dolukhanyan
19                                           Gartenberg Gelfand Hayton LLP
                                             Attorneys for Defendants
20                                           Robert Russel Tweed and Tweed
21                                           Financial Services, Inc.

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 16, 2020, I caused to be served the document entitled **JOINT STATUS REPORT REGARDING SETTLEMENT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 16, 2020

*/s/ Lynn M. Dean*
Lynn M. Dean

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*SEC v. Tweed Financial Services, Inc., et al.*

**United States District Court—Central District of California
Case No. 2:17-cv-07251-FMO-E**

## <u>SERVICE LIST</u>

Edward Gartenberg, Esq. ***(via ECF only)***
Gartenberg, Gelfand, Hayton LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
Tel: (213) 542-2111
Fax: (213) 542-2101
Email: egarternberg@ggslaw.com
*Attorneys for Defendants*